ALEXANDER B. CVITAN (SBN 81746),
(Email: alc@rac-law.com)
MARSHA M. HAMASAKI (SBN 102720), and
(Email: marshah@rac-law.com)
PETER A. HUTCHINSON (SBN 225399)
(Email: peterh@rac-law.com)
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583

Attorneys for Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NUSTART CONSTRUCTION SERVICES CORP., a California corporation also known as and doing business as NUSTART CLEANING & JANITORIAL SERVICES CO.; ANDRE PAUL BAILEY, also known as PAUL BAILEY, PAUL ANDRE BAILEY, ANDRE BAILEY, ANDRE PAUL BISHOP, PAUL ANDRE BISHOP, JR., ANDRE P. BISHOP JR., and ANDRE BISHOP, an individual and DOES 12 through DOE 10, inclusive,<br><br>Defendants. | CASE NO.: 5:20-cv-00928-DSF(KKx)<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND FOR PERMANENT INJUNCTIVE RELIEF AGAINST DEFENDANTS NUSTART CONSTRUCTION SERVICES CORP., and ANDRE PAUL BAILEY**<br><br>DATE: NOVEMBER 30, 2020<br>TIME: 1:30 P.M.<br>PLACE: COURTROOM 7D<br>350 W. 1st Street<br>Los Angeles, CA 90012<br><br>[Hon. Dale S. Fischer] |

TO DEFENDANTS: NUSTART CONSTRUCTION SERVICES CORP., a California corporation also known as and doing business as NUSTART CLEANING & JANITORIAL SERVICES CO.; ANDRE PAUL BAILEY, also known as PAUL BAILEY, PAUL ANDRE BAILEY, ANDRE BAILEY, ANDRE PAUL BISHOP,

-1-

402046.1

-2-

1  PAUL ANDRE BISHOP, JR., ANDRE P. BISHOP JR., and ANDRE BISHOP, an
2  individual.

3       PLEASE TAKE NOTICE that that on November 30, 2020 at 1:30 p.m. in
4  Courtroom 7D of the United States District Court Central District of California
5  Western Division located at 350 West First Street, Los Angeles, CA 90012, Plaintiff
6  will move the Court for Default Judgment and Order for Permanent Injunction against
7  Defendants, NUSTART CONSTRUCTION SERVICES CORP., a California
8  corporation also known as and doing business as NUSTART CLEANING &
9  JANITORIAL SERVICES CO.; ANDRE PAUL BAILEY, also known as PAUL
10 BAILEY, PAUL ANDRE BAILEY, ANDRE BAILEY, ANDRE PAUL BISHOP,
11 PAUL ANDRE BISHOP, JR., ANDRE P. BISHOP JR., and ANDRE BISHOP, an
12 individual.

13      This Motion is based on this Notice of Motion and Motion, the Declarations of
14 Marsha M. Hamasaki, Yvonne Higa, and Victor Gurule, the Memorandum of Points
15 and Authorities in support of Plaintiff's Motion, the Proposed Default Judgment and
16 Order for Permanent Injunction, the records, papers and pleadings on file in this case,
17 and such further evidence and argument as may be presented at the hearing of this
18 motion.

Dated: October 26, 2020

REICH, ADELL, & CVITAN
A Professional Law Corporation

By   /s/ Marsha M. Hamasaki
    MARSHA M. HAMASAKI
    Attorneys for Plaintiff

402046.1