# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY,<br>　　　Plaintiff,<br><br>　　　　　　v.<br><br>NUSTART CONSTRUCTION SERVICES CORP., et al.,<br>　　　Defendants. | EDCV 20-928 DSF (KKx)<br><br><br>JUDGMENT AND PERMANENT INJUNCTION |

　　The Court having granted a motion for default judgment,

　　IT IS ORDERED AND ADJUDGED that judgment be granted to Plaintiff and that Defendant Nustart Construction Services Corporation pay Plaintiff $66,610.02, inclusive of costs and attorney's fees.  Of that amount, Defendant Andre Paul Bailey shall be liable, jointly and severally, for $14,813.54, inclusive of costs and attorney's fees.

　　IT IS FURTHER ORDERED AND ADJUDGED that Nustart and Bailey, and their managing employees, managing officers, successors, agents, assigns and all others acting in active concert or participation with them who have actual notice of this injunction for the duration of Nustart's obligations under the collective bargaining agreements with the Southern California District Council of Laborers and its affiliated Local Unions ("Agreements") are required to deliver the following, or cause to be delivered, to Plaintiff's offices no later than 4:30 p.m., on

the 20th day of each month for the duration of Nustart's obligations under the Agreements:

1.   A complete, truthful and accurate monthly report, as required by the Agreements, covering all employees that Nustart employed who were covered by the Agreements commencing with Nustart's October 2020 contribution report;

2.   An affidavit or declaration from Nustart through Bailey, or its responsible managing officer, or other authorized representative attesting from his/her own personal knowledge under penalty of perjury to the completeness, truthfulness and accuracy of the monthly report; and

3.   A cashier's check made payable to the Construction Laborers Trust Funds for Southern California, for the full amount of the fringe benefit contributions due on the monthly report.

Date: December 8, 2020            _____
                                  Dale S. Fischer
                                  United States District Judge